# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN J. HAGENBUCH; RAY R. IRANI; JAY L. JOHNSON; ROBERT J. MILLER; PATRICIA MULROY; CLARK T. RANDT, JR.; ALVIN V. SHOEMAKER; J. EDWARD VIRTUE; D. BOONE WAYSON; MATT MADDOX; AND WYNN RESORTS, LTD.,
Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,
Respondents,

and

C. JEFFREY ROGERS,
Real Party in Interest.

No. 77110

FILED

DEC 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING WRIT PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-908311

cc: Hon. Timothy C. Williams, District Judge
Snell & Wilmer, LLP/Las Vegas
Kirkland & Ellis LLP/Los Angeles
Kirkland & Ellis LLP/New York
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk